# EXHIBIT A



February 4, 2025

**VIA ONLINE PORTAL**

U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
USAID Annex, M/MS/IRD, Room 2.4.0A
Washington, DC 20523
foia@usaid.gov

**Re: Expedited Freedom of Information Act Request**

Dear FOIA Officer(s):

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, American Oversight makes the following request for records.

On January 31, 2025, one week after the Trump Administration froze nearly all U.S. foreign aid,[1] *Politico* reported that the administration is exploring shutting down the U.S. Agency for International Development (USAID) and folding it into the State Department (STATE).[2] Two days later, Elon Musk of the Department of Government Efficiency (DOGE) stated that it is time for USAID "to die,"[3] and Secretary of State Marco Rubio announced that he is now acting Administrator for USAID.[4] American Oversight seeks records with the potential to shed light on the status and operations of USAID.

**Requested Records**

American Oversight seeks expedited review of this request for the reasons identified below and requests that your agency produce the following records as soon as practicable, and at least within twenty business days:

---

[1] Ellen Knickmeyer & Farnoush Amiri, *State Department Freezes New Funding for Nearly All US Aid Programs Worldwide*, Assoc. Press (Jan. 24, 2025, 8:15 PM), https://apnews.com/article/state-department-trump-foreign-aid-bf047e17ef64cb42a1a1b7fdf05caffa.

[2] Robbie Gramer et al., *Trump Is Wreaking Havoc at USAID. Is the Goal to Shut It Down?*, Politico (Jan. 31, 2025, 2:11 PM), https://www.politico.com/news/2025/01/31/trump-usaid-shutdown-state-department-00201760.

[3] Carmen Paun et al., *Musk on USAID: 'Time for It to Die,'* Politico (Feb. 2, 2025, 3:29 PM), https://www.politico.com/news/2025/02/02/musk-usaid-time-00201987.

[4] Lauren Kent et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 1:06 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

 1030 15th Street NW, Suite B255, Washington, DC 20005 | AmericanOversight.org

1. Records sufficient to identify all employees who entered a position at the USAID since January 20, 2025, and the title or position of each employee. To the extent that such individuals have held multiple titles or positions since January 20, 2025, this request includes records sufficient to identify each title or position.

2. For each individual identified in response to part one of this request:

   a. The resume provided by the individual to the agency in connection with determining the appropriate salary for the individual, or if that is not available, a recent resume contained within the agency's records.

   b. Any conflicts or ethics waivers or authorizations issued for the individual, including authorizations pursuant to 5 C.F.R. § 2635.502.

   c. Copies of any SF-50 forms for the individual reflecting any change in position or title, including when the employee enters or leaves a position. We have no objection to the redaction of home addresses, telephone numbers, or social security numbers from the SF-50s.

   For part two of this request, American Oversight does not object to the redaction of past salary information or contact information — including addresses, telephone numbers, and email addresses — for the employee or associated references. However, employment, education, and professional association information is not exempt, and American Oversight objects to any redactions of such information.

   **For both parts of this request, please provide all responsive records from January 20, 2025, through the date the search is conducted.**

## Fee Waiver Request

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[5] The public has a significant interest in the Trump administration's plans for USAID.[6] Records with the

---

[5] 5 U.S.C. § 552(a)(4)(A)(iii).
[6] *See, e.g.*, Jennifer Hansler et al., *Elon Musk Said Donald Trump Agreed USAID Needs to Be 'Shut Down,'* CNN (Feb. 3, 2025, 7:48 AM),

USAID-25-0282

potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including whether and to what extent the administration plans to attempt to dismantle USAID. American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[7] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose and the release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[8]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[9] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those contacts;[10] posting records and editorial content about the federal government's response to the Coronavirus pandemic;[11] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[12] the posting of records related to an

---

https://www.cnn.com/2025/02/02/politics/usaid-officials-leave-musk-doge/index.html.

[7] 5 U.S.C. § 552(a)(4)(A)(iii).

[8] American Oversight currently has approximately 16,000 followers on Facebook and 96,200 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Feb. 3, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Feb. 3, 2025).

[9] *See generally News*, American Oversight, https://www.americanoversight.org/blog.

[10] *Trump Administration's Contacts with Ukraine*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.

[11] *See generally The Trump Administration's Response to Coronavirus*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g., 'We've All Given Up Getting a Straight Answer From You Guys: Frustrated Emails Between Illinois Governor's Office and White House*, https://www.americanoversight.org/weve-all-given-up-getting-a-straight-answer-from-you-guys-frustrated-emails-between-illinois-governors-office-and-white-house.

[12] *See generally Audit the Wall*, American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g., Border Wall Investigation Report: No Plans, No Funding, No Timeline, No Wall*, American Oversight,

ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[13] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[14]

Accordingly, American Oversight qualifies for a fee waiver.

## **Application for Expedited Processing**

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 22 C.F.R. Part 212, American Oversight requests that your agency expedite the processing of this request.

On behalf of American Oversight, I certify to be true and correct to the best of my knowledge and belief that the information requested is urgently needed in order to inform the public concerning actual or alleged government activity.[15] After a federal freeze on U.S. foreign aid,[16] the Trump Administration reportedly began to explore the possibility of shutting down USAID.[17] On February 3, 2025, Elon Musk said that President Trump agreed that USAID needs to be "shut down,"[18] and Secretary of State Marco Rubio announced that he is now acting Administrator for USAID indicating that USAID may be subsumed into the State Department.[19] This news came amidst numerous reports on the global humanitarian, public health, and security impacts of the pause on U.S. foreign aid, potentially to be worsened by the dismantling of USAID.[20]

---

[13] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal*, American Oversight, https://www.americanoversight.org/document/doj-civil-division-response-noel-francisco-compliance; *Francisco & the Travel Ban: What We Learned from the DOJ Documents*, American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.

https://www.americanoversight.org/border-wall-investigation-report-no-plans-no-funding-no-timeline-no-wall.

[14] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense*, American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-taxpayer-expense; *see, e.g.*, *New Information on Pompeo's 2017 Trips to His Home State*, American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.

[15] *22 C.F.R. Part 212*

[16] *See supra* note 1.

[17] *See supra* note 2.

[18] *See, e.g.,* Jennifer Hansler et al., *Elon Musk Said Donald Trump Agreed USAID Needs to Be 'Shut Down,'* CNN (Feb. 3, 2025, 7:48 AM), https://www.cnn.com/2025/02/02/politics/usaid-officials-leave-musk-doge/index.html.

[19] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

[20] *See,* e.g., Sui-Lee Wee et al., *How the World Is Reeling From Trump's Aid Freeze*, N.Y. Times, Jan. 31, 2025, https://www.nytimes.com/2025/01/31/world/asia/trump-usaid-freeze.html; Stephanie Nolan, *Health Programs Shutter Around the World After Trump*

USAID-25-0282

Given the importance of the USAID's work globally and the suggestion by some elected officials that shutting down USAID is "illegal,"[21] the American public is entitled to records responsive to American Oversight's requests centered on the Trump administration's seismic changes at USAID. The American public has a substantial and urgent interest in understanding the Trump Administration's recent actions regarding USAID, especially amidst reporting of "chaos and confusion" at the longstanding government agency.[22]

Moreover, I certify to be true and correct to the best of my knowledge and belief that there is an urgent need to inform the public about efforts to dismantle, eliminate, and/or shut down USAID, including efforts to subsume USAID into STATE and/or transfer the duties and/or operations of USAID to any other federal agency. There is an urgent need to obtain the requested records to instill public confidence in global peace, health, and security.[23] At least one U.S. congressman has suggested that legislators "would fight [the USAID takeover] in court,"[24] and the public requires the requested information urgently to inform themselves about whether, to what extent, and by what means the Trump Administration is exploring and/or effectuating the dismantling of USAID and engage with their senators or representatives who may be able to investigate or litigate the matter.

I also certify to be true and correct to the best of my knowledge and belief that there is widespread and exceptional media interest and there exist possible questions concerning the government's integrity, which affect public confidence. Since Trump's

---

*Pauses Foreign Aid*, N.Y. Times, Feb. 1, 2025, https://www.nytimes.com/2025/02/01/health/trump-aid-malaria-tuberculosis-hiv.html.

[21] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

[22] Belinda Luscombe, *Inside the Chaos, Confusion, and Heartbreak of Trump's Foreign Aid Freeze*, TIME (Feb. 1, 2025, 6:46 AM), https://time.com/7211200/usaid-foreign-aid-freeze-trump-rubio/.

[23] *See, e.g.*, Brett Murphy & Anna Maria Barry-Jester, *'People Will Die': The Trump Administration Said It Lifted Its Ban on Lifesaving Humanitarian Aid. That's Not True.*, ProPublica (Jan. 31, 2025, 3:00 PM), https://www.propublica.org/article/trump-state-department-usaid-humanitarian-aid-freeze-ukraine-gaza-sudan; Donald Steinberg, *'Elections Have Consequences': Trump and Rubio's Foreign Aid Halt Will Hit the World's Most Vulnerable*, Just Security, Jan. 28, 2025, https://www.justsecurity.org/106930/trump-rubio-foreign-aid-halt/; Dafna Rand, *Stopped Security Assistance: From Counter-Narcotics to Combating Human Trafficking Programs*, Just Security, Jan. 28, 2025, https://www.justsecurity.org/106919/stopped-security-assistance/; Michael Schiffer, *Stop-Work Order on US Foreign Aid Puts China First and America Last*, Just Security, Jan. 27, 2025, https://www.justsecurity.org/106876/us-foreign-aid-stop-work-order/.

[24] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

USAID-25-0282

freezing of U.S. foreign aid, media interest in the operations and future of USAID has been widespread and exceptional.[25] The media coverage became only more voluminous and exceptional after USAID's website was pulled down, employees were locked out of systems, and the Secretary of State announced he was acting Administrator.[26]

Moreover, I certify to be true and correct to the best of my knowledge and belief that there exist possible questions concerning the government's integrity regarding efforts to dismantle USAID. On February 3, 2025, Secretary of State Marco Rubio announced that he is the acting director of USAID,[27] despite analyses by some experts finding that USAID cannot be dismantled by the President alone, nor without an act of Congress.[28] In addition, there are open and outstanding questions regarding the steps that members of the Trump Administration — including allies of Elon Musk and DOGE — have taken to dismantle USAID.[29] Elected officials have questioned the legality of the Trump

---

[25] *See, e.g.*, Fatma Tanis, *U.S. Puts Virtually All Foreign Aid on 90- Day Hold, Issues 'Stop-Work' Order*, NPR (Jan. 24, 2025, 6:41 PM), https://www.npr.org/sections/goats-and-soda/2025/01/24/g-s1-44643/trump-foreign-aid-assistance-pause; John Hudson & Jeff Stein, *Senior USAID Staff Put on Leave Amid Trump's Order Halting Foreign Aid*, Wash. Post, Jan. 27, 2025, https://www.washingtonpost.com/national-security/2025/01/27/senior-usaid-staff-put-leave-amid-trumps-order-halting-foreign-aid/;

[26] *See, e.g.*, Omar Gallaga, *Missing: Thousands of Government Web Pages Removed by New Administration*, CNET (Feb. 3, 2025, 8:43 AM PT), https://www.cnet.com/tech/services-and-software/missing-thousands-of-government-web-pages-removed-by-new-administration/; Will Steakin et al., *Turmoil Inside USAID: Staff to Work from Home as Musk Seeks to Shut Down Agency*, ABC News (Feb. 3, 2025, 12:55 PM), https://abcnews.go.com/Politics/turmoil-inside-usaid-doge-reps-offices-senior-officials/story?id=118368900; Rebecca Heilweil, *USAID Website Goes Dark, Staff Emails Deactivated Amid DOGE Takeover, Source Says*, Fedscoop, Feb. 2, 2025, https://fedscoop.com/usaid-website-goes-dark-staff-emails-deactivated-amid-doge-takeover-source-says/; Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington are Blocked After Musk Says Trump Agrees to Close the Aid Agency*, Associated Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[27] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

[28] *See, e.g.*, George Ingraham, *Why Merging USAID into State Would Undermine U.S. Strategic Interests*, Brookings Institution, Feb. 3, 2025, https://www.brookings.edu/articles/why-merging-usaid-into-state-would-undermine-u-s-strategic-interests/; Tess Bridgeman, *Can the President Dissolve USAID by Executive Order?*, Just Security, Feb. 1, 2025, https://www.justsecurity.org/107267/can-president-dissolve-usaid-by-executive-order/.

[29] *See, e.g.*, Edward Wong et al., *Top Security Officials at Aid Agency Put on Leave After Denying Access to Musk Team*, N.Y. Times, Feb. 2, 2025, https://www.nytimes.com/2025/02/02/us/politics/usaid-official-leave-musk.html; Michael Crowley et al., *Rubio Says He Now Runs Aid Agency, as Staff Are Blocked From Systems*, N.Y. Times (Feb. 3, 2025, 12:54 PM),

USAID-25-0282

administration's actions, stating that it is "plain illegal" and "a constitutional crisis."[30] The information requested is necessary to provide an explanation to the public as to whether the Trump administration has followed the law in shutting down USAID funding and programs and moving the agency's work to a different federal agency.

I further certify that American Oversight is primarily engaged in disseminating information to the public. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. Similar to other organizations that have been found to satisfy the criteria necessary to qualify for expedition,[31] American Oversight "'gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience.'"[32] American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, and other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[33] As discussed previously, American Oversight has demonstrated its commitment to the public disclosure of documents and creation of editorial content.[34] These functions comprise American Oversight's core, primary activities.

---

https://www.nytimes.com/2025/02/03/us/politics/usaid-trump-musk.html?smid=url-share; Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington are Blocked After Musk Says Trump Agrees to Close the Aid Agency*, Associated Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[30] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

[31] *See ACLU v. U.S. Dep't of Justice*, 321 F. Supp. 2d 24, 30–31 (D.D.C. 2004); *EPIC v. Dep't of Defense*, 241 F. Supp. 2d 5, 15 (D.D.C. 2003).

[32] *ACLU*, 321 F. Supp. 2d at 29 n.5 (quoting *EPIC*, 241 F. Supp. 2d at 11).

[33] American Oversight currently has approximately 16,000 followers on Facebook and 96,200 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Feb. 3, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Feb. 3, 2025).

[34] *See generally News*, American Oversight, https://www.americanoversight.org/blog; *see, e.g.*, *Emails and Resume of Trump's Pick to Head Government Personnel Office*, American Oversight, https://www.americanoversight.org/emails-and-resume-of-trumps-pick-to-head-government-personnel-office; *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings; *State Department Releases Ukraine Documents to American Oversight*, American Oversight, https://www.americanoversight.org/state-department-releases-ukraine-documents-to-american-oversight; *Documents Reveal Ben Carson Jr.'s Attempts to Use His Influence at HUD to Help His Business*, American Oversight, https://www.americanoversight.org/documents-reveal-ben-carson-jr-s-attempts-to-use-his-influence-at-hud-to-help-his-business; *Investigating the Trump Administration's*

USAID-25-0282

Accordingly, American Oversight's request satisfies the criteria for expedition.

## Guidance Regarding the Search & Processing of Requested Records

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics. For instance, if the request seeks "communications," please search all locations likely to contain communications, including relevant hard-copy files, correspondence files, appropriate locations on hard drives and shared drives, emails, text messages or other direct messaging systems (such as iMessage, WhatsApp, Signal, or X (formerly Twitter) direct messages),voicemail messages, instant messaging systems such as Lync or ICQ, and shared messages systems such as Slack.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[35] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records

---

*Efforts to Sell Nuclear Technology to Saudi Arabia*, American Oversight, https://www.americanoversight.org/investigating-the-trump-administrations-efforts-to-sell-nuclear-technology-to-saudi-arabia; *Sessions' Letter Shows DOJ Acted On Trump's Authoritarian Demand to Investigate Clinton*, American Oversight, https://www.americanoversight.org/sessions-letter.

[35] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).

USAID-25-0282

contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[36]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage agency information electronically,[37] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

## Conclusion

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or

---

[36] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14–cv–765, slip op. at 8 (D.D.C. Dec. 12, 2016).

[37] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

USAID-25-0282

duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact Emma Lewis at foia@americanoversight.org or (202) 919-6303. Also, if American Oversight's request for expedition is not granted or its request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Sincerely,

*/s/ Emma Lewis*
Emma Lewis
on behalf of
American Oversight

USAID-25-0282

# EXHIBIT B



February 5, 2025

**VIA CERTIFIED MAIL**

Acting Administrator Marco Rubio
U.S. Agency for International Development
1300 Pennsylvania Ave. NW
Washington, DC 20004

**Re:    Potential Unlawful Destruction or Removal of USAID Records**

Dear Acting Administrator Rubio:

American Oversight writes to bring your attention to the potential unlawful destruction or removal of federal records of the U.S.tates Agency for International Development ("USAID") in violation of the Federal Records Act (the "FRA"), 44 U.S.C. §§ 3101 *et seq.*, and to request that you take action to recover these records and prevent any further destruction.

According to recent reports, the "entire [USAID].gov website[]" was taken offline only days after President Trump took office in January 2025.[1] The website remains down, with no information given by the agency as to when the site may become available again.[2] The website takedown happened "without explanation," amid reports that President Trump planned to "end[] USAID as an independent agency and absorb[] it into the State Department,[3] a "de-facto takeover" that was confirmed on February 3, 2025, with your announcement that you are now "acting administrator" for USAID.[4] That same day, USAID employees received an email telling them not to come into the Washington office for work that day, and "[t]housands of personal service contractors and civil servants lost access to email and USAID systems

---

[1] *See, e.g.*, Omar Gallaga, *Missing: Thousands of Government Web Pages Removed by New Administration*, CNET (Feb. 3, 2025, 8:43 AM PT), https://www.cnet.com/tech/services-and-software/missing-thousands-of-government-web-pages-removed-by-new-administration/; Will Steakin et al., *Turmoil Inside USAID as Musk Calls the Agency 'Criminal' and Says It 'Has to Die,'* ABC News (Feb. 3, 2025, 4:59 PM), https://abcnews.go.com/Politics/turmoil-inside-usaid-doge-reps-offices-senior-officials/story?id=118368900; Rebecca Heilweil, *USAID Website Goes Dark, Staff Emails Deactivated Amid DOGE Takeover, Source Says*, Fedscoop, Feb. 2, 2025, https://fedscoop.com/usaid-website-goes-dark-staff-emails-deactivated-amid-doge-takeover-source-says/.

[2] *See* Steakin et al., *supra* n.1.

[3] *See, e.g.*, Ellen Knickmeyer, *USAID Website Goes Offline in Trump Administration's 2-Week-Old Freeze on Foreign Aid Worldwide*, Assoc. Press (updated Feb. 1, 2025, 8:37 PM EST), https://apnews.com/article/usaid-website-offline-trump-foreign-funding-freeze-9d2ecdaff5c74a9f6b0d6096fa2228ff.

[4] Lauren Kent et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency Is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 1:06 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

overnight."[5] Reporting indicated that USAID-related documents were being removed from the website, employee's computers had been seized, and representatives from the U.S. DOGE Service ("DOGE") had gained access to USAID's internal systems, including its "website and several critical databases."[6] These databases contain agency-created federal records such as reports and data for all USAID programs worldwide, past and present, and budgeting, accounting, and financial transactions.[7]

Materials hosted on USAID's website, as well as its internal records, like all other "recorded information . . . made or received by a Federal agency under Federal law or in connection with the transaction of public business," are "federal records" under the FRA, 44 U.S.C. § 3301(a)(1)(A), and must be preserved and safeguarded against removal or loss, *see id.* § 2904(c)(1) and § 3105.

Federal records related to USAID's work are vitally important and of national significance. USAID "oversees humanitarian, development and security programs in some 120 countries" including programs that monitor Ebola outbreaks in Uganda and provide HIV-AIDS medication in African countries and education to schoolgirls in Afghanistan under Taliban rule.[8] Since the beginning of the second Trump administration, "thousands of USAID employees already have been laid off and programs shut down."[9] Several reports have described the situation at USAID as "chaos,"[10] and one agency official said it was "the apocalypse at USAID."[11] The head of USAID, a federal agency, must "preserve records containing adequate and proper documentation of the organization, functions, policies, decisions, procedures, and essential transactions of the agency." 44 U.S.C. § 3101. However, the "ongoing turmoil" of a "warp-speed . . . takeover" of the agency means that there is the strong potential that records may be improperly deleted during this transition.[12]

Furthermore, the public should have access to these records. Accordingly, American Oversight has submitted Freedom of Information Act ("FOIA") requests to USAID for records including communications and reports and intends to submit additional requests. In the meantime, American Oversight has real concerns that these records may not be preserved and retained as required by both FOIA and the FRA during this time of transition and confusion.

In light of the special risks presented by the possibility that USAID's website, and other agency records, may not be appropriately preserved as required by the FRA, 44 U.S.C. § 2911(a), we ask that you take immediate action to preserve and recover any and all USAID federal records, including the entirety of USAID.gov. In addition, the FRA requires you to notify the Archivist

---

[5] *Id.*

[6] *See* Steakin et al., *supra* n.1.

[7] *Id.*

[8] *See, e.g.,* Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington Are Blocked After Musk Says Trump Agrees to Close the Aid Agency,* Assoc. Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[9] *Id.*

[10] *See* Steakin et al., *supra* n.1; Kent et al., *supra* n.4.

[11] *See* Kent et al., *supra* n.4.

[12] *See* Steakin et al., *supra* n.1.

of "any actual, impending, or threatened" unlawful removal, alteration, or destruction of federal records, and to initiate an action through the Attorney General to recover those records you have reason to believe were unlawfully removed. 44 U.S.C. § 3106(a). If there is any reason to believe that records have been unlawfully removed, American Oversight urges you to undertake an enforcement action through the Attorney General to ensure they are properly preserved so they may be accessed by the public.

Please promptly alert American Oversight when you have taken the requested action, at fein.ronald@americanoversight.org.

Sincerely,

*/s/ Ron Fein*

Ron Fein
Chief Counsel
American Oversight

Cc:    Dr. Colleen J. Shogan
       archivistoftheunitedstates@nara.gov

3

# EXHIBIT C



February 5, 2025

**VIA EMAIL**

Dr. Colleen J. Shogan
The National Archives and Records Administration
8601 Adelphi Rd.
College Park, MD 20740
archivistoftheunitedstates@nara.gov

Re:     **Potential Unlawful Destruction or Removal of USAID Records**

Dear Dr. Shogan:

American Oversight writes to bring your attention to the potential unlawful destruction or removal of federal records of the U.S. Agency for International Development ("USAID") in violation of the Federal Records Act (the "FRA"), 44 U.S.C. §§ 3101 *et seq.*, and to request that you take action to recover these records and prevent any further destruction.

According to recent reports, the "entire [USAID].gov website[]" was taken offline only days after President Trump took office in January 2025.[1] The website remains down, with no information given by the agency as to when the site may become available again.[2] The website takedown happened "without explanation," amid reports that President Trump planned to "end[] USAID as an independent agency and absorb[] it into the State Department,[3] a "de-facto takeover" that was confirmed on February 3, 2025, with Secretary of State Marco Rubio announcing that he is "acting administrator" for USAID.[4] That same day, USAID employees received an email telling them not to come into the Washington office for work that day, and

---

[1] *See, e.g.*, Omar Gallaga, *Missing: Thousands of Government Web Pages Removed by New Administration*, CNET (Feb. 3, 2025, 8:43 AM PT), https://www.cnet.com/tech/services-and-software/missing-thousands-of-government-web-pages-removed-by-new-administration/; Will Steakin et al., *Turmoil Inside USAID as Musk Calls the Agency 'Criminal' and Says It 'Has to Die,'* ABC News (Feb. 3, 2025, 4:59 PM), https://abcnews.go.com/Politics/turmoil-inside-usaid-doge-reps-offices-senior-officials/story?id=118368900; Rebecca Heilweil, *USAID Website Goes Dark, Staff Emails Deactivated Amid DOGE Takeover, Source Says*, Fedscoop, Feb. 2, 2025, https://fedscoop.com/usaid-website-goes-dark-staff-emails-deactivated-amid-doge-takeover-source-says/.

[2] *See* Steakin et al., *supra* n.1.

[3] *See, e.g.*, Ellen Knickmeyer, *USAID Website Goes Offline in Trump Administration's 2-Week-Old Freeze on Foreign Aid Worldwide*, Assoc. Press (updated Feb. 1, 2025, 8:37 PM EST), https://apnews.com/article/usaid-website-offline-trump-foreign-funding-freeze-9d2ecdaff5c74a9f6b0d6096fa2228ff.

[4] Lauren Kent et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency Is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 1:06 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

"[t]housands of personal service contractors and civil servants lost access to email and USAID systems overnight."[5] Reporting indicated that USAID-related documents were being removed from the website, employee's computers had been seized, and representatives from the U.S. DOGE Service ("DOGE") had gained access to USAID's internal systems, including its "website and several critical databases."[6] These databases contain agency-created federal records such as reports and data for all USAID programs worldwide, past and present, and budgeting, accounting, and financial transactions.[7]

Materials hosted on USAID's website, as well as its internal records, like all other "recorded information . . . made or received by a Federal agency under Federal law or in connection with the transaction of public business," are "federal records" under the FRA, 44 U.S.C. § 3301(a)(1)(A), and must be preserved and safeguarded against removal or loss, *see id.* § 2904(c)(1) and § 3105.

Federal records related to USAID's work are vitally important and of national significance. USAID "oversees humanitarian, development and security programs in some 120 countries," including programs that monitor Ebola outbreaks in Uganda and provide HIV-AIDS medication in African countries and education to schoolgirls in Afghanistan under Taliban rule.[8] Since the beginning of the second Trump administration, "thousands of USAID employees already have been laid off and programs shut down."[9] Several reports have described the situation at USAID as "chaos,"[10] and one agency official said it was "the apocalypse at USAID."[11] The head of USAID, a federal agency, must "preserve records containing adequate and proper documentation of the organization, functions, policies, decisions, procedures, and essential transactions of the agency." 44 U.S.C. § 3101. However, the "ongoing turmoil" of a "warp-speed . . . takeover" of the agency means that there is the strong potential that records may be improperly deleted during this transition.[12]

Furthermore, the public should have access to these records. Accordingly, American Oversight has submitted Freedom of Information Act ("FOIA") requests to USAID and the State Department for records including communications and reports and intends to submit additional requests. In the meantime, American Oversight has real concerns that these records may not be preserved and retained as required by both FOIA and the FRA during this time of transition and confusion.

In light of the special risks presented by the possibility that USAID's website, and other agency records, may not be appropriately preserved as required by the FRA, 44 U.S.C. § 2911(a), we

---

[5] *Id.*

[6] *See* Steakin et al., *supra* n.1.

[7] *Id.*

[8] *See, e.g.,* Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington Are Blocked After Musk Says Trump Agrees to Close the Aid Agency,* Assoc. Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[9] *Id.*

[10] *See* Steakin et al., *supra* n.1; Kent et al., *supra* n.4.

[11] *See* Kent et al., *supra* n.4.

[12] *See* Steakin et al., *supra* n.1.

ask that you take immediate action with the heads of USAID and the U.S. Department of State to preserve and recover any and all USAID federal records, including the entirety of USAID.gov.

The FRA also requires you to initiate an action through the Attorney General to recover those records you have reason to believe were unlawfully removed. *See* 44 U.S.C. § 3106(a). If there is any reason to believe that records have been unlawfully removed, American Oversight urges you to undertake an enforcement action promptly through the Attorney General to ensure the records are properly preserved so they may be accessed by the public.

Please promptly alert American Oversight when you have taken the requested action, at fein.ronald@americanoversight.org.

Sincerely,

/s/ *Ron Fein*

Ron Fein
Chief Counsel
American Oversight

# EXHIBIT D



February 5, 2025

**VIA CERTIFIED MAIL**

The Honorable Marco Rubio
Secretary of State
U.S. Department of State
2201 C St. NW
Washington, DC 20520

**Re:    Potential Unlawful Destruction or Removal of USAID Records**

Dear Secretary Rubio:

American Oversight writes to bring your attention to the potential unlawful destruction or removal of federal records of the U.S. Agency for International Development ("USAID") in violation of the Federal Records Act (the "FRA"), 44 U.S.C. §§ 3101 *et seq.*, and to request that you take action to recover these records and prevent any further destruction.

According to recent reports, the "entire [USAID].gov website[]" was taken offline only days after President Trump took office in January 2025.[1] The website remains down, with no information given by the agency as to when the site may become available again.[2] The website takedown happened "without explanation," amid reports that President Trump planned to "end[] USAID as an independent agency and absorb[] it into the State Department,[3] a "de-facto takeover" that was confirmed on February 3, 2025, with your announcement that you are now "acting administrator" for USAID.[4] That same day, USAID employees received an email telling them not to come into the Washington office for work that day, and "[t]housands of

---

[1] *See, e.g.,* Omar Gallaga, *Missing: Thousands of Government Web Pages Removed by New Administration,* CNET (Feb. 3, 2025, 8:43 AM PT), https://www.cnet.com/tech/services-and-software/missing-thousands-of-government-web-pages-removed-by-new-administration/; Will Steakin et al., *Turmoil Inside USAID as Musk Calls the Agency 'Criminal' and Says It 'Has to Die,'* ABC News (Feb. 3, 2025, 4:59 PM), https://abcnews.go.com/Politics/turmoil-inside-usaid-doge-reps-offices-senior-officials/story?id=118368900; Rebecca Heilweil, *USAID Website Goes Dark, Staff Emails Deactivated Amid DOGE Takeover, Source Says,* Fedscoop, Feb. 2, 2025, https://fedscoop.com/usaid-website-goes-dark-staff-emails-deactivated-amid-doge-takeover-source-says/.

[2] *See* Steakin et al., *supra* n.1.

[3] *See, e.g.,* Ellen Knickmeyer, *USAID Website Goes Offline in Trump Administration's 2-Week-Old Freeze on Foreign Aid Worldwide,* Assoc. Press (updated Feb. 1, 2025, 8:37 PM EST), https://apnews.com/article/usaid-website-offline-trump-foreign-funding-freeze-9d2ecdaff5c74a9f6b0d6096fa2228ff.

[4] Lauren Kent et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency Is Taken Over by the State Department,* CNN (updated Feb. 3, 2025, 1:06 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

personal service contractors and civil servants lost access to email and USAID systems overnight."[5] Reporting indicated that USAID-related documents were being removed from the website, employee's computers had been seized, and representatives from the U.S. DOGE Service ("DOGE") had gained access to USAID's internal systems, including its "website and several critical databases."[6] These databases contain agency-created federal records such as reports and data for all USAID programs worldwide, past and present, and budgeting, accounting, and financial transactions.[7]

Materials hosted on USAID's website, as well as its internal records, like all other "recorded information . . . made or received by a Federal agency under Federal law or in connection with the transaction of public business," are "federal records" under the FRA, 44 U.S.C. § 3301(a)(1)(A), and must be preserved and safeguarded against removal or loss, *see id.* § 2904(c)(1) and § 3105.

Federal records related to USAID's work are vitally important and of national significance. USAID "oversees humanitarian, development and security programs in some 120 countries" including programs that monitor Ebola outbreaks in Uganda and provide HIV-AIDS medication in African countries and education to schoolgirls in Afghanistan under Taliban rule.[8] Since the beginning of the second Trump administration, "thousands of USAID employees already have been laid off and programs shut down."[9] Several reports have described the situation at USAID as "chaos,"[10] and one agency official said it was "the apocalypse at USAID."[11] The head of USAID, a federal agency, must "preserve records containing adequate and proper documentation of the organization, functions, policies, decisions, procedures, and essential transactions of the agency." 44 U.S.C. § 3101. However, the "ongoing turmoil" of a "warp-speed . . . takeover" of the agency means that there is the strong potential that records may be improperly deleted during this transition.[12]

Furthermore, the public should have access to these records. Accordingly, American Oversight has submitted Freedom of Information Act ("FOIA") requests to USAID and the Department of State for records including communications and reports and intends to submit additional requests. In the meantime, American Oversight has real concerns that these records may not be preserved and retained as required by both FOIA and the FRA during this time of transition and confusion.

In light of the special risks presented by the possibility that USAID's website, and other agency records, may not be appropriately preserved as required by the FRA, 44 U.S.C. § 2911(a), we

---

[5] *Id.*

[6] *See* Steakin et al., *supra* n.1.

[7] *Id.*

[8] *See, e.g.*, Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington Are Blocked After Musk Says Trump Agrees to Close the Aid Agency*, Assoc. Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[9] Id.

[10] *See* Steakin et al., *supra* n. 1; Kent et al., *supra* n. 4.

[11] *See* Kent et al., *supra* n. 4.

[12] *See* Steakin et al., *supra* n.1.

ask that you take immediate action to preserve and recover any and all USAID federal records, including the entirety of USAID.gov. In addition, the FRA requires you to notify the Archivist of "any actual, impending, or threatened" unlawful removal, alteration, or destruction of federal records, and to initiate an action through the Attorney General to recover those records you have reason to believe were unlawfully removed. 44 U.S.C. § 3106(a). If there is any reason to believe that records have been unlawfully removed, American Oversight urges you to undertake an enforcement action through the Attorney General to ensure they are properly preserved so they may be accessed by the public.

Please promptly alert American Oversight when you have taken the requested action, at fein.ronald@americanoversight.org.

Sincerely,

*/s/ Ron Fein*

Ron Fein
Chief Counsel
American Oversight

Cc:     Dr. Colleen J. Shogan, Archivist of the United States
        archivistoftheunitedstates@nara.gov

# EXHIBIT E



# Receipt

Print Date: Mar 06, 2025

### RETURN TO

American Oversight
1030 15th Street NW, B255
Washington, DC 20005

### SHIP TO

The Honorable Marco Rubio
U.S. Department of State
2201 C St Nw
Washington, DC 20520

### REFERENCE

| | |
|---|---|
| Ship Date: | Feb 05, 2025 |
| Ship from ZIP: | 20005 |
| Weight: | 0lbs. 2oz. |
| User: | AOversight |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Delivered |
| Tracking #: | 9407111206206461694100 |

### SERVICE | UNIT PRICE

| | |
|---|---|
| USPS First-Class Mail® Large Envelope | $1.77 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Certified Mail | $4.85 |
| Subtotal | $6.62 |
| Label Quantity | 1 |
| Total Cost | $6.62 |

# EXHIBIT F

# Receipt

Print Date: Mar 06, 2025

**RETURN TO**

American Oversight
1030 15th Street NW, B255
Washington, DC 20005

**SHIP TO**

U.S. Agency for
International Development
1300 Pennsylvania Ave Nw
Washington, DC 20004

| **REFERENCE** | |
|---|---|
| Ship Date: | Feb 05, 2025 |
| Ship from ZIP: | 20005 |
| Weight: | 0lbs. 2oz. |
| User: | AOversight |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Shipping Label |
| Delivery Status: | Delivered |
| Tracking #: | 9407111206206461694681 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| USPS First-Class Mail® Large Envelope | $1.77 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |
| Certified Mail | $4.85 |
| | |
| Subtotal | $6.62 |
| Label Quantity | 1 |
| Total Cost | $6.62 |

# EXHIBIT G



March 11, 2025

**<u>VIA EMAIL</u>**

U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
USAID Annex, M/MS/IRD, Room 2.4.0A
Washington, DC 20523
foia@usaid.gov

**Re: Expedited Freedom of Information Act Request**

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, American Oversight makes the following request for records.

The U.S. Agency for International Development (USAID) is reportedly shredding classified documents and personnel records.[1] American Oversight seeks records with the potential to shed light on the directive to destroy government records.

**<u>Requested Records</u>**

American Oversight seeks expedited review of this request for the reasons identified below and requests that your office produce the following records as soon as practicable, and at least within twenty business days:

> A copy of an email sent on or around March 10, 2025, by the Acting Executive Secretary at USAID stating in part, "Shred as many documents first, and reserve the burn bags for when the shredder becomes unavailable or needs a break."[2]

---

[1] Sara Cook (@saraecook), X (formerly Twitter) (Mar. 11, 2025, 12:50 PM), https://x.com/saraecook/status/1899503231765446853 (NEWS: "USAID staff have been instructed to clear out classified safes and personnel docs, per an email obtained by @CBSNews. 'Shred as many documents first, and reserve the burn bags for when the shredder becomes unavailable or needs a break,' the email reads.").

[2] For further identifying information, *see id.*



**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[3] The public has a significant interest in the destruction of government records at USAID.[4] Records with the potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including what directives and guidance was provided to facilitate the destruction of government records at USAID. American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[5] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose, and the release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[6]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[7] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those

---

[3] 5 U.S.C. § 552(a)(4)(A)(iii).

[4] *Supra* note 1.

[5] 5 U.S.C. § 552(a)(4)(A)(iii).

[6] American Oversight currently has approximately 16,000 followers on Facebook and 95,300 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Mar. 11, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Mar. 11, 2025).

[7] *See generally News*, American Oversight, https://www.americanoversight.org/blog.

USAID-25-0637

contacts;[8] posting records and editorial content about the federal government's response to the COVID-19 pandemic;[9] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[10] the posting of records related to an ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[11] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[12]

Accordingly, American Oversight qualifies for a fee waiver.

## Application for Expedited Processing

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 22 C.F.R. Part 212, American Oversight requests that your agency expedite the processing of this request.

On behalf of American Oversight, I certify to be true and correct to the best of my knowledge and belief that the information requested is urgently needed in order to inform the public concerning actual or alleged government activity.[13] After a federal

---

[8] *Trump Administration's Contacts with Ukraine*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.

[9] *See generally The Trump Administration's Response to Coronavirus*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g.*, *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings.

[10] *See generally Audit the Wall*, American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g.*, *Audit the Wall: No Plans, No Funding, No Timeline, No Wall*, American Oversight, https://americanoversight.org/audit-the-wall-no-plans-funding-or-timeline-and-no-wall/.

[11] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal*, American Oversight, https://www.documentcloud.org/documents/25544090-doj-records-relating-to-solicitor-general-noel-franciscos-recusal-american-oversight; *Francisco & the Travel Ban: What We Learned from the DOJ Documents*, American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.

[12] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense*, American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-taxpayer-expense; *see, e.g.*, *New Information on Pompeo's 2017 Trips to His Home State*, American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.

[13] 22 C.F.R. Part 212.

USAID-25-0637

freeze on U.S. foreign aid,[14] the Trump Administration reportedly began to explore the possibility of shutting down USAID.[15] On February 3, 2025, Elon Musk said that President Trump agreed that USAID needs to be "shut down,"[16] and Secretary of State Marco Rubio announced himself as acting Administrator for USAID, indicating that USAID may be subsumed into the State Department.[17] This news came amidst numerous reports on the global humanitarian, public health, and security impacts of the pause on U.S. foreign aid, all of which are potentially worsened by the dismantling of USAID.[18] Now, reporting indicates that government records are actively being destroyed at USAID today, March 11, 2025.[19] The American public is entitled to records responsive to American Oversight's requests centered on the Trump administration's destruction of government records, especially given the reported "chaos and confusion" at the longstanding government agency.[20]

Moreover, I certify to be true and correct to the best of my knowledge and belief that there is an urgent need to inform the public about communications regarding the active destruction of federal records at USAID.

---

[14] Ellen Knickmeyer & Farnoush Amiri, *State Department Freezes New Funding for Nearly All US Aid Programs Worldwide*, Assoc. Press (Jan. 24, 2025, 8:15 PM), https://apnews.com/article/state-department-trump-foreign-aid-bf047e17ef64cb42a1a1b7fdf05caffa.

[15] Robbie Gramer et al., *Trump Is Wreaking Havoc at USAID. Is the Goal to Shut It Down?*, Politico (Jan. 31, 2025, 2:11 PM), https://www.politico.com/news/2025/01/31/trump-usaid-shutdown-state-department-00201760.

[16] *See, e.g.*, Jennifer Hansler et al., *Elon Musk Said Donald Trump Agreed USAID Needs to Be 'Shut Down,'* CNN (Feb. 3, 2025, 7:48 AM), https://www.cnn.com/2025/02/02/politics/usaid-officials-leave-musk-doge/index.html.

[17] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

[18] *See*, e.g., Sui-Lee Wee et al., *How the World Is Reeling From Trump's Aid Freeze*, N.Y. Times, Jan. 31, 2025, https://www.nytimes.com/2025/01/31/world/asia/trump-usaid-freeze.html; Stephanie Nolan, *Health Programs Shutter Around the World After Trump Pauses Foreign Aid*, N.Y. Times, Feb. 1, 2025, https://www.nytimes.com/2025/02/01/health/trump-aid-malaria-tuberculosis-hiv.html; *Oversight of USAID-Funded Humanitarian Assistance Programming Impacted by Staffing Reductions and Pause on Foreign Assistance*, U.S. Agency for International Development Office of the Inspector General, Feb. 10, 2025, https://oig.usaid.gov/sites/default/files/2025-02/USAID%20OIG%20-%20Oversight%20of%20USAID-Funded%20Humanitarian%20Assistance%20Programming%20021025.pdf.

[19] *Supra* note 1.

[20] Belinda Luscombe, *Inside the Chaos, Confusion, and Heartbreak of Trump's Foreign Aid Freeze*, TIME (Feb. 1, 2025, 6:46 AM), https://time.com/7211200/usaid-foreign-aid-freeze-trump-rubio/.

USAID-25-0637

Since Trump's decision to explore shutting down USAID, media interest in the operations and future of USAID has been widespread and exceptional.[21] The media coverage became only more voluminous and exceptional after USAID's website was pulled down, employees were locked out of systems, and the Secretary of State announced he was acting Administrator.[22]

Moreover, I certify to be true and correct to the best of my knowledge and belief that there exist possible questions concerning the government's integrity regarding the active destruction of federal records at USAID. The information requested is necessary to provide an explanation to the public as to whether the Trump administration has followed the law in destroying federal records at the agency.

I further certify that American Oversight is primarily engaged in disseminating information to the public. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. Similar to other organizations that have been found to satisfy the criteria necessary to qualify for expedition,[23] American Oversight "'gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience.'"[24] American Oversight uses the information gathered, and its analysis of it, to

---

[21] *See, e.g.*, Fatma Tanis, *U.S. Puts Virtually All Foreign Aid on 90- Day Hold, Issues 'Stop-Work' Order*, NPR (Jan. 24, 2025, 6:41 PM), https://www.npr.org/sections/goats-and-soda/2025/01/24/g-s1-44643/trump-foreign-aid-assistance-pause; John Hudson & Jeff Stein, *Senior USAID Staff Put on Leave Amid Trump's Order Halting Foreign Aid*, Wash. Post (Jan. 27, 2025), https://www.washingtonpost.com/national-security/2025/01/27/senior-usaid-staff-put-leave-amid-trumps-order-halting-foreign-aid/; Apoorva Mandavilli, *Foreign Aid Freeze Leaves Millions Without H.I.V. Treatment*, N.Y. Times (Feb. 5, 2025), https://www.nytimes.com/2025/02/05/health/trump-usaid-pepfar.html; Matt Sledge, *Marco Rubio's USAID 'Humanitarian Waiver' Isn't Helping Restart Lifesaving Programs*, The Intercept (Feb. 6, 2025, 1:51 PM), https://theintercept.com/2025/02/06/marco-rubio-usaid-humanitarian-waiver/.

[22] *See, e.g.*, Omar Gallaga, *Missing: Thousands of Government Web Pages Removed by New Administration*, CNET (Feb. 3, 2025, 8:43 AM), https://www.cnet.com/services-and-software/missing-thousands-of-government-web-pages-removed-by-new-administration/; Will Steakin et al., *Turmoil Inside USAID: Staff to Work from Home as Musk Seeks to Shut Down Agency*, ABC News (Feb. 3, 2025, 12:55 PM), https://abcnews.go.com/Politics/turmoil-inside-usaid-doge-reps-offices-senior-officials/story?id=118368900; Rebecca Heilweil, *USAID Website Goes Dark, Staff Emails Deactivated Amid DOGE Takeover, Source Says*, Fedscoop (Feb. 2, 2025), https://fedscoop.com/usaid-website-goes-dark-staff-emails-deactivated-amid-doge-takeover-source-says/; Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington are Blocked After Musk Says Trump Agrees to Close the Aid Agency*, Assoc. Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[23] *See ACLU v. U.S. Dep't of Justice*, 321 F. Supp. 2d 24, 30–31 (D.D.C. 2004); *EPIC v. Dep't of Defense*, 241 F. Supp. 2d 5, 15 (D.D.C. 2003).

[24] *ACLU*, 321 F. Supp. 2d at 29 n.5 (quoting *EPIC*, 241 F. Supp. 2d at 11).

USAID-25-0637

educate the public through reports, press releases, and other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[25] As discussed previously, American Oversight has demonstrated its commitment to the public disclosure of documents and creation of editorial content.[26]

Accordingly, American Oversight's request satisfies the criteria for expedition.

## Guidance Regarding the Search & Processing of Requested Records

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in

---

[25] American Oversight currently has approximately 16,000 followers on Facebook and 95,800 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Feb. 10, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Feb. 10, 2025).

[26] *See generally News*, American Oversight, https://www.americanoversight.org/blog; *see, e.g., Emails and Resume of Trump's Pick to Head Government Personnel Office*, American Oversight, https://www.americanoversight.org/emails-and-resume-of-trumps-pick-to-head-government-personnel-office; *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings; *State Department Releases Ukraine Documents to American Oversight*, American Oversight, https://www.americanoversight.org/state-department-releases-ukraine-documents-to-american-oversight; *Documents Reveal Ben Carson Jr.'s Attempts to Use His Influence at HUD to Help His Business*, American Oversight, https://www.americanoversight.org/documents-reveal-ben-carson-jr-s-attempts-to-use-his-influence-at-hud-to-help-his-business; *Investigating the Trump Administration's Efforts to Sell Nuclear Technology to Saudi Arabia*, American Oversight, https://www.americanoversight.org/investigating-the-trump-administrations-efforts-to-sell-nuclear-technology-to-saudi-arabia; *Sessions' Letter Shows DOJ Acted On Trump's Authoritarian Demand to Investigate Clinton*, American Oversight, https://www.americanoversight.org/sessions-letter.

USAID-25-0637

files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[27] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[28]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage agency information electronically,[29] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

---

[27] See *Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).

[28] See *Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14–cv–765, slip op. at 8 (D.D.C. Dec. 12, 2016).

[29] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

USAID-25-0637

**Conclusion**

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact Danny Martinez at foia@americanoversight.org or (202) 897-2465. Also, if American Oversight's request for expedition is not granted or its request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Sincerely,

*/s/ Danny Martinez*
Danny Martinez
on behalf of
American Oversight

USAID-25-0637

# EXHIBIT H



March 11, 2025

**VIA EMAIL**

U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
USAID Annex, M/MS/IRD, Room 2.4.0A
Washington, DC 20523
foia@usaid.gov

**Re: Expedited Freedom of Information Act Request**

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the
implementing regulations of your agency, American Oversight makes the following
request for records.

The U.S. Agency for International Development (USAID) is reportedly shredding
classified documents and personnel records.[1] American Oversight seeks records with the
potential to shed light on the directive to destroy government records.

**Requested Records**

American Oversight seeks expedited review of this request for the reasons identified
below and requests that your office produce the following records as soon as practicable,
and at least within twenty business days:

1. All email communications (including emails, email attachments, complete email
   chains, calendar invitations, and calendar invitation attachments) <u>sent</u> by the
   USAID officials listed below, or anyone communicating on their behalf, such as
   an assistant or scheduler, <u>and</u> containing any of the key terms also listed below.

   <u>USAID Officials</u>
   a. Acting Administrator Marco Rubio

---

[1] Sara Cook (@saraecook), X (formerly Twitter) (Mar. 11, 2025, 12:50 PM),
https://x.com/saraecook/status/1899503231765446853 (NEWS: "USAID staff have
been instructed to clear out classified safes and personnel docs, per an email obtained by
@CBSNews. 'Shred as many documents first, and reserve the burn bags for when the
shredder becomes unavailable or needs a break,' the email reads.").

    b. Anyone serving as Acting Administrator Rubio's Chief of Staff, secretary, or scheduler
    c. Anyone serving in the capacity of Senior Advisor
    d. Anyone serving in the capacity of actual or acting Executive Secretary
    e. Anyone serving on USAID's DOGE team[2]
    f. Anyone detailed to USAID from DOGE, the White House, and/or the Department of State

Key Terms
    I. Shred*
    II. "Burn bag"
    III. "USAID/(B/IO)"
    IV. "Records destruction"
    V. "Destruction of records"
    VI. "Destroy records"
    VII. "Document destruction"
    VIII. "Destruction of documents"
    IX. ""Destroy documents"

Please note that American Oversight is using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "shred*" would return all of the following: shred, shredding, shredder, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

In an effort to accommodate USAID and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited part 1 of its request to emails <u>sent</u> by the specified custodians. To be clear, however, American Oversight still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both a specified custodians' response to an email containing a key term and the initial received message are responsive to this request and should be produced.

2. All formal or informal guidance, recommendations, or directives created by or otherwise provided to USAID related to removing, clearing or destroying documents from USAID facilities.

**For both parts of this request, please provide all responsive records from January 20, 2025, through the date the search is conducted.**

---

[2] For further identifying information, see *Establishing and Implementing the President's "Department of Government Efficiency"*, Exec. Order No. 14158, 90 Fed. Reg. 8441 (Jan. 20, 2025), *available at* https://www.govinfo.gov/content/pkg/FR-2025-01-29/pdf/2025-02005.pdf.

USAID-25-0638

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[3] The public has a significant interest in the destruction of government records at USAID.[4] Records with the potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including what directives and guidance was provided to facilitate the destruction of government records at USAID. American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[5] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose, and the release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[6]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[7] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those

---

[3] 5 U.S.C. § 552(a)(4)(A)(iii).

[4] *Supra* note 1.

[5] 5 U.S.C. § 552(a)(4)(A)(iii).

[6] American Oversight currently has approximately 16,000 followers on Facebook and 95,300 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Mar. 11, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Mar. 11, 2025).

[7] *See generally News*, American Oversight, https://www.americanoversight.org/blog.

USAID-25-0638

contacts;[8] posting records and editorial content about the federal government's response to the COVID-19 pandemic;[9] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[10] the posting of records related to an ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[11] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[12]

Accordingly, American Oversight qualifies for a fee waiver.

### Application for Expedited Processing

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 22 C.F.R. Part 212, American Oversight requests that your agency expedite the processing of this request.

On behalf of American Oversight, I certify to be true and correct to the best of my knowledge and belief that the information requested is urgently needed in order to inform the public concerning actual or alleged government activity.[13] After a federal

---

[8] *Trump Administration's Contacts with Ukraine*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.

[9] *See generally The Trump Administration's Response to Coronavirus*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g.*, *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings.

[10] *See generally Audit the Wall*, American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g.*, *Audit the Wall: No Plans, No Funding, No Timeline, No Wall*, American Oversight, https://americanoversight.org/audit-the-wall-no-plans-funding-or-timeline-and-no-wall/.

[11] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal*, American Oversight, https://www.documentcloud.org/documents/25544090-doj-records-relating-to-solicitor-general-noel-franciscos-recusal-american-oversight; *Francisco & the Travel Ban: What We Learned from the DOJ Documents*, American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.

[12] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense*, American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-taxpayer-expense; *see, e.g.*, *New Information on Pompeo's 2017 Trips to His Home State*, American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.

[13] 22 C.F.R. Part 212.

USAID-25-0638

freeze on U.S. foreign aid,[14] the Trump Administration reportedly began to explore the possibility of shutting down USAID.[15] On February 3, 2025, Elon Musk said that President Trump agreed that USAID needs to be "shut down,"[16] and Secretary of State Marco Rubio announced himself as acting Administrator for USAID, indicating that USAID may be subsumed into the State Department.[17] This news came amidst numerous reports on the global humanitarian, public health, and security impacts of the pause on U.S. foreign aid, all of which are potentially worsened by the dismantling of USAID.[18] Now, reporting indicates that government records are actively being destroyed at USAID today, March 11, 2025.[19] The American public is entitled to records responsive to American Oversight's requests centered on the Trump administration's destruction of government records, especially given the reported "chaos and confusion" at the longstanding government agency.[20]

Moreover, I certify to be true and correct to the best of my knowledge and belief that there is an urgent need to inform the public about communications regarding the active destruction of federal records at USAID.

---

[14] Ellen Knickmeyer & Farnoush Amiri, *State Department Freezes New Funding for Nearly All US Aid Programs Worldwide*, Assoc. Press (Jan. 24, 2025, 8:15 PM), https://apnews.com/article/state-department-trump-foreign-aid-bf047e17ef64cb42a1a1b7fdf05caffa.

[15] Robbie Gramer et al., *Trump Is Wreaking Havoc at USAID. Is the Goal to Shut It Down?*, Politico (Jan. 31, 2025, 2:11 PM), https://www.politico.com/news/2025/01/31/trump-usaid-shutdown-state-department-00201760.

[16] *See, e.g.*, Jennifer Hansler et al., *Elon Musk Said Donald Trump Agreed USAID Needs to Be 'Shut Down*,*' CNN (Feb. 3, 2025, 7:48 AM), https://www.cnn.com/2025/02/02/politics/usaid-officials-leave-musk-doge/index.html.

[17] Jennifer Hansler et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 2:20 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.

[18] *See*, e.g., Sui-Lee Wee et al., *How the World Is Reeling From Trump's Aid Freeze*, N.Y. Times, Jan. 31, 2025, https://www.nytimes.com/2025/01/31/world/asia/trump-usaid-freeze.html; Stephanie Nolan, *Health Programs Shutter Around the World After Trump Pauses Foreign Aid*, N.Y. Times, Feb. 1, 2025, https://www.nytimes.com/2025/02/01/health/trump-aid-malaria-tuberculosis-hiv.html; *Oversight of USAID-Funded Humanitarian Assistance Programming Impacted by Staffing Reductions and Pause on Foreign Assistance*, U.S. Agency for International Development Office of the Inspector General, Feb. 10, 2025, https://oig.usaid.gov/sites/default/files/2025-02/USAID%20OIG%20-%20Oversight%20of%20USAID-Funded%20Humanitarian%20Assistance%20Programming%20021025.pdf.

[19] *Supra* note 1.

[20] Belinda Luscombe, *Inside the Chaos, Confusion, and Heartbreak of Trump's Foreign Aid Freeze*, TIME (Feb. 1, 2025, 6:46 AM), https://time.com/7211200/usaid-foreign-aid-freeze-trump-rubio/.

USAID-25-0638

Since Trump's decision to explore shutting down USAID, media interest in the operations and future of USAID has been widespread and exceptional.[21] The media coverage became only more voluminous and exceptional after USAID's website was pulled down, employees were locked out of systems, and the Secretary of State announced he was acting Administrator.[22]

Moreover, I certify to be true and correct to the best of my knowledge and belief that there exist possible questions concerning the government's integrity regarding the active destruction of federal records at USAID. The information requested is necessary to provide an explanation to the public as to whether the Trump administration has followed the law in destroying federal records at the agency.

I further certify that American Oversight is primarily engaged in disseminating information to the public. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. Similar to other organizations that have been found to satisfy the criteria necessary to qualify for expedition,[23] American Oversight "'gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience.'"[24] American Oversight uses the information gathered, and its analysis of it, to

---

[21] *See, e.g.*, Fatma Tanis, *U.S. Puts Virtually All Foreign Aid on 90-Day Hold, Issues 'Stop-Work' Order*, NPR (Jan. 24, 2025, 6:41 PM), https://www.npr.org/sections/goats-and-soda/2025/01/24/g-s1-44643/trump-foreign-aid-assistance-pause; John Hudson & Jeff Stein, *Senior USAID Staff Put on Leave Amid Trump's Order Halting Foreign Aid*, Wash. Post (Jan. 27, 2025), https://www.washingtonpost.com/national-security/2025/01/27/senior-usaid-staff-put-leave-amid-trumps-order-halting-foreign-aid/; Apoorva Mandavilli, *Foreign Aid Freeze Leaves Millions Without H.I.V. Treatment*, N.Y. Times (Feb. 5, 2025), https://www.nytimes.com/2025/02/05/health/trump-usaid-pepfar.html; Matt Sledge, *Marco Rubio's USAID 'Humanitarian Waiver' Isn't Helping Restart Lifesaving Programs*, The Intercept (Feb. 6, 2025, 1:51 PM), https://theintercept.com/2025/02/06/marco-rubio-usaid-humanitarian-waiver/.

[22] *See, e.g.*, Omar Gallaga, *Missing: Thousands of Government Web Pages Removed by New Administration*, CNET (Feb. 3, 2025, 8:43 AM), https://www.cnet.com/services-and-software/missing-thousands-of-government-web-pages-removed-by-new-administration/; Will Steakin et al., *Turmoil Inside USAID: Staff to Work from Home as Musk Seeks to Shut Down Agency*, ABC News (Feb. 3, 2025, 12:55 PM), https://abcnews.go.com/Politics/turmoil-inside-usaid-doge-reps-offices-senior-officials/story?id=118368900; Rebecca Heilweil, *USAID Website Goes Dark, Staff Emails Deactivated Amid DOGE Takeover, Source Says*, Fedscoop (Feb. 2, 2025), https://fedscoop.com/usaid-website-goes-dark-staff-emails-deactivated-amid-doge-takeover-source-says/; Ellen Knickmeyer & Fatima Hussein, *USAID Headquarters in Washington are Blocked After Musk Says Trump Agrees to Close the Aid Agency*, Assoc. Press (updated Feb. 3, 2025, 12:50 PM EST), https://apnews.com/article/trump-musk-usaid-c0c7799be0b2fa7cad4c806565985fe2.

[23] *See ACLU v. U.S. Dep't of Justice*, 321 F. Supp. 2d 24, 30–31 (D.D.C. 2004); *EPIC v. Dep't of Defense*, 241 F. Supp. 2d 5, 15 (D.D.C. 2003).

[24] *ACLU*, 321 F. Supp. 2d at 29 n.5 (quoting *EPIC*, 241 F. Supp. 2d at 11).

USAID-25-0638

educate the public through reports, press releases, and other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[25] As discussed previously, American Oversight has demonstrated its commitment to the public disclosure of documents and creation of editorial content.[26]

Accordingly, American Oversight's request satisfies the criteria for expedition.

## Guidance Regarding the Search & Processing of Requested Records

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in

---

[25] American Oversight currently has approximately 16,000 followers on Facebook and 95,800 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Feb. 10, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Feb. 10, 2025).

[26] *See generally News*, American Oversight, https://www.americanoversight.org/blog; *see, e.g., Emails and Resume of Trump's Pick to Head Government Personnel Office*, American Oversight, https://www.americanoversight.org/emails-and-resume-of-trumps-pick-to-head-government-personnel-office; *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings; *State Department Releases Ukraine Documents to American Oversight*, American Oversight, https://www.americanoversight.org/state-department-releases-ukraine-documents-to-american-oversight; *Documents Reveal Ben Carson Jr.'s Attempts to Use His Influence at HUD to Help His Business*, American Oversight, https://www.americanoversight.org/documents-reveal-ben-carson-jr-s-attempts-to-use-his-influence-at-hud-to-help-his-business; *Investigating the Trump Administration's Efforts to Sell Nuclear Technology to Saudi Arabia*, American Oversight, https://www.americanoversight.org/investigating-the-trump-administrations-efforts-to-sell-nuclear-technology-to-saudi-arabia; *Sessions' Letter Shows DOJ Acted On Trump's Authoritarian Demand to Investigate Clinton*, American Oversight, https://www.americanoversight.org/sessions-letter.

USAID-25-0638

files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[27] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[28]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage agency information electronically,[29] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

---

[27] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).

[28] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016).

[29] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

USAID-25-0638

**Conclusion**

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact Danny Martinez at foia@americanoversight.org or (202) 897-2465. Also, if American Oversight's request for expedition is not granted or its request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Sincerely,

*/s/ Danny Martinez*
Danny Martinez
on behalf of
American Oversight

USAID-25-0638

# EXHIBIT I



March 11, 2025

**VIA EMAIL**

Hon. Marco Rubio, Acting Archivist
The National Archives and Records Administration
8601 Adelphi Rd.
College Park, MD 20740
archivistoftheunitedstates@nara.gov

Re:     **URGENT: Unlawful Destruction or Removal of USAID Records**

Dear Acting Archivist Rubio:

American Oversight writes to demand that you take immediate action to prevent violations of the Federal Records Act ("FRA"), 44 U.S.C. §§ 3101 *et seq.*, currently occurring at the U.S. Agency for International Development ("USAID"). Recent reports indicate that USAID personnel were ordered to assist in shredding or burning classified and personnel documents at the agency on "**March 11, beginning at 9:30am**."[1] The directive, from USAID's Acting Executive Secretary, goes on to state, "Shred as many documents first, and reserve the burn bags for when the shredder becomes unavailable or needs a break":



---

[1] *See, e.g.*, Sara Cook (@saraecook), X (formerly Twitter) (Mar. 11, 2025, 12:50 PM), https://x.com/saraecook/status/1899503231765446853 (emphasis in original); *see also* Jesse Eisinger (@jeisinger.bsky.social), Bluesky (Mar. 11, 2025, 11:42 AM), https://bsky.app/profile/jeisinger.bsky.social/post/3lk4fse63ss2m.
[2] *Id.*

On February 5, 2025, American Oversight alerted the Archivist and you, in your capacity as Acting Administrator of USAID and Secretary of State, of potential FRA violations at USAID, after reports that the agency's website was taken down "without explanation," amid reports that President Trump planned to "end[] USAID as an independent agency and absorb[] it into the State Department."[3] That same day, USAID employees received an email telling them not to come into the Washington office for work that day, and "[t]housands of personal service contractors and civil servants lost access to email and USAID systems overnight."[4]

We received no response to, or even acknowledgement of, our February request for you to take action to recover unlawfully removed records and prevent any further removal or destruction. Instead, we learned today that the agency is openly destroying records in violation of the FRA.

As Acting Archivist and Acting Administrator of USAID, you are subject to mandatory, non-discretionary obligations under the Federal Records Act to preserve federal records, establish controls and safeguards against loss or removal, and take action through the Attorney General to seek redress for unlawful actions taken in violation of the FRA. 44 U.S.C. §§ 3102(1); 3105, 3106(a)–(b). We accordingly demand that you take immediate action to halt the ongoing destruction of records at USAID, prevent further destruction, and initiate an action through the Attorney General to recover any records that were unlawfully removed. *See id.*

Please acknowledge this letter promptly and alert American Oversight as soon as you have taken the requested action, at fein.ronald@americanoversight.org.

Sincerely,

/s/ *Ron Fein*

Ron Fein
Chief Counsel
American Oversight

---

[3] *See, e.g.*, Ellen Knickmeyer, *USAID Website Goes Offline in Trump Administration's 2-Week-Old Freeze on Foreign Aid Worldwide*, Assoc. Press (updated Feb. 1, 2025, 8:37 PM EST), https://apnews.com/article/usaid-website-offline-trump-foreign-funding-freeze-9d2ecdaff5c74a9f6b0d6096fa2228ff.

[4] Lauren Kent et al., *Rubio Says He's Acting Director of USAID as Humanitarian Agency Is Taken Over by the State Department*, CNN (updated Feb. 3, 2025, 1:06 PM EST), https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.