# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT et al.,<br><br>*Defendants.* | Case No. 25-cv-719-TSC |

## [PLAINTIFF'S PROPOSED] ORDER

UPON CONSIDERATION of American Oversight's Motion for a Temporary Restraining Order, and the entire record herein, it is hereby

ORDERED that American Oversight's Motion for a Temporary Restraining Order is GRANTED; and it is further

ORDERED that Defendant U.S. Agency for International Development (USAID) and Defendant Rubio shall immediately desist from unlawfully destroying federal records, and in particular, the immediate cessation of shredding, burning, or otherwise destroying records at USAID, including electronic communications, pending resolution of this lawsuit; and it is further

ORDERED that, Defendants USAID and Rubio shall provide American Oversight with a copy of any existing USAID recordkeeping and FOIA processing policies, guidance, and related directives, which are not available on the agency's public website, by no later than March 17, 2025, at 12 p.m.

SO ORDERED.

Date: _____  _____
Hon. JUDGE TANYA S. CHUTKAN
United States District Judge