UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, et al.,<br><br>Defendants. | Civil Action No. 25-0719 (TSC) |

**NOTICE OF FILING OF DECLARATION IN
FURTHER SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Defendants United States Agency for International Development ("USAID"), National Archives and Records Administration ("NARA"), and Marco Rubio, in his official capacity as Acting Administrator of USAID and Acting Archivist of the United States, respectfully submit the attached declaration in further support of their Opposition to Plaintiff's Motion for Temporary Restraining Order (ECF No. 7).  In their Opposition, Defendants noted that USAID was preparing a declaration committing not to destroy any additional documents after March 11, 2025, without first notifying the Plaintiff in this case.  *See id.* at 2.  The attached declaration provides that commitment.

Dated: March 14, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____*/s/ Tabitha Bartholomew*_____
TABITHA BARTHOLOMEW,
D.C. Bar #1044448

Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Attorneys for the United States of America*