IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

    Plaintiff,

v.

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-719-TSC

# DECLARATION OF LEO RUTH

I, Leo Ruth, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

    2. I am the Acting Director of Security for USAID.

    3. USAID will not destroy any additional documents stored in USAID offices of the Ronald Reagan Building without giving notice to the Plaintiff and an opportunity for Plaintiff to raise the issue with the Court.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 14, 2025

                                                                                        Leo Ruth