# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 25-cv-719<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF DECLARATION IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff American Oversight respectfully submits the attached declaration in further support of their Motion for Temporary Restraining Order (ECF No. 5).

Dated: March 14, 2025

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*