IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 25-cv-719 |
| U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT et al., | ) |
| *Defendants.* | ) |

**SECOND DECLARATION OF EMMA LEWIS**

I, EMMA LEWIS, hereby declare as follows:

1. I am Counsel at American Oversight and counsel of record for American Oversight in the above-captioned action. I make this declaration based on my personal knowledge and through a review of American Oversight's business records.

2. On March 14, 2025, I received an email from counsel for Defendants attaching "USAID's policies for both record management and FOIA." The first attachment was labeled "ADS Chapter 507.pdf," and is attached hereto as Exhibit A. The second attachment was labeled "ADS 502 – 06-19-2020," and is attached hereto as Exhibit B.

3. The first attached document is titled "ADS Chapter 507: Freedom of Information Act (FOIA)" and labeled as "Partial Revision Date: 11/05/2020." Exhibit A.

4. The second attached document is titled "ADS Chapter 502: The USAID Records Management Program" and labeled as "Partial Revision Date: 06/19/2020." Exhibit B.

5. In Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order, fn. 3, Defendants state that "ADS Chapter 502 is currently available on the USAID website,

at the following URL: https://drive.google.com/file/d/18ul7bUiCU1WvaZTQnOOcjc-wMtyu4cj1/view." The linked document, stored on a Google Drive, is titled "ADS Chapter 502: The USAID Records Management Program" and labeled as "Partial Revision Date: 07/18/2023." Exhibit C.

6. As of 2:40 PM on March 14, 2025, American Oversight has submitted 15 FOIA requests to USAID in 2025.

7. Of those 15 requests, only one has been acknowledged as received by the agency, via an automated email receipt from USAID.

8. The remaining 14 requests have not been acknowledged by the agency.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2025

Respectfully submitted,

/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

Counsel for Plaintiff