# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, </br></br> *Plaintiff*, </br></br> v. </br></br> U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT et al., </br></br> *Defendants.* | Case No. 25-cv-719-TSC |

## NOTICE OF WITHDRAWAL OF MOTION
## FOR TEMPORARY RESTRAINING ORDER

Plaintiff hereby notifies this Court of its withdrawal of its motion for a temporary restraining order, Doc. No. 5. Plaintiff makes this decision based in part on Defendants' representations in its opposition and supporting documents filed in support, as well as Defendants' representations at the March 14, 2025 hearing, and reserves all rights to make a new or renewed motion for a temporary restraining order or other preliminary injunctive relief based on future notice from Defendants or on the disclosure of new facts.

Dated: March 17, 2025

Respectfully submitted,

*/s/ Loree Stark*
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(304) 913-6114
loree.stark@americanoversight.org
*Counsel for Plaintiff*