UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, et al.,<br><br>Defendants. | Civil Action No. 25-0719 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendants United States Agency for International Development ("USAID"), National Archives and Records Administration ("NARA"), and Marco Rubio, in his official capacity as Acting Administrator of USAID and Acting Archivist of the United States, respectfully request a seven-day extension of the deadline for their response to Plaintiff's Amended Complaint, ECF No. 12, to June 30, 2025. Plaintiff consents to this relief.

1. Plaintiff filed their Amended Complaint on May 9, 2025. Under Fed. R. Civ. P. 15(a), Defendants' response is due on June 23, 2025.

2. Since the inception of this litigation, and continuing to this day, the parties have been engaged in discussions in an effort to determine whether they can narrow the issues that will require litigation in this matter. To allow them to further pursue that effort, so that the parties and the Court may more efficiently direct their resources at any remaining areas of disagreement, Defendants respectfully request this brief, one-week extension of the deadline for their response to the Amended Complaint.

3.      This is Defendants' second request for an extension of the answer deadline in this matter. Defendants seek this extension of time in good faith and not for purposes of delay, as the parties are working to narrow the issues that remain for litigation. Pursuant to Local Rule 7(m), the parties conferred regarding the requested extension of time, and Plaintiff graciously consents to this relief. Thus, no party will be prejudiced should the Court grant the requested one-week extension, and no other deadlines in this case will be impacted.

Accordingly, Defendants respectfully request that the Court grant this Motion and enter the proposed order submitted herewith.

Dated: June 20, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW
D.C. Bar #1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov


BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Director
Federal Programs Branch

/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)

Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, et al.,<br><br>      Defendants. | Civil Action No. 25-0719 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Amended Complaint, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendants' answer or other responsive pleading shall be filed on or before June 30, 2025.

SO ORDERED.

Date: _____   _____

                                                                                                          United States District Judge