UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, *et al.*,<br><br>       Defendants. | Civil Action No. 25-cv-719 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 25, Defendants' Partial Motion to Dismiss, ECF No. 16, is GRANTED. Counts One through Three of the Amended Complaint, ECF No. 12, are DISMISSED without prejudice.

Date:  March 3, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge