UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>   v.<br><br>U.S. AGENCY FOR INTERNATIONAL<br>DEVELOPMENT, et al.,<br><br>      Defendants. | Civil Action No. 25-0719 (TSC) |

## JOINT STATUS REPORT

Defendants U.S. Agency For International Development ("USAID") and Secretary Rubio and Plaintiff American Oversight ("Plaintiff") respectfully submit this joint status report to update the Court on the parties' progress in this matter.

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, concerning FOIA requests submitted in February and March 2025.

Key Terms Communication Request (**F-00666-25**): USAID completed a search and identified 18,495 records (not yet deduplicated) within 9 accounts. Due to technical difficulties, USAID has not been able to upload the documents and will consult a third-party vendor for assistance. USAID continues to work on uploading the documents. Plaintiff has asked Defendant to provide the names of the custodians once the documents are uploaded.

**White House Communications Request (F-00667-25)**: USAID completed a search and identified 303 potentially responsive pages. USAID is currently processing these records. Defendant has agreed to prioritize producing these records first.

**DOGE Request (F-00718-25)**: Program offices were tasked with searching for records and that process is currently ongoing.

**Staffing Request (F-00731-25)**: Program offices were tasked with searching for records, and that process is currently ongoing.

**Contract Cancellations Request (F-00732-25)**: USAID completed a search and identified 2,648 of potentially responsive pages. USAID is currently processing these records.

Defendant has relayed to Plaintiff that it plans to produce records on a rolling basis, beginning by the end of June 2026, and will produce between 250-275 pages per month.

The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index. At present, Defendant does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Accordingly, the parties respectfully propose that they file their next joint status report on or before July 28, 2026, and every sixty days thereafter.

Dated: May 29, 2026                           Respectfully submitted,


 /s/ Emma Lewis                              JEANINE FERRIS PIRRO
Emma Lewis                                   United States Attorney
D.C. Bar No. 144574
AMERICAN OVERSIGHT                           By: */s/ Zachariah W. Lindsey*
1030 15th Street NW, B255                      ZACHARIAH W. LINDSEY
Washington, DC 20005                           Assistant United States Attorney
(202) 919-6303                                 601 D Street, NW
emma.lewis@americanoversight.org               Washington, DC 20530
                                               (202) 445-3658
                                               Zachariah.Lindsey@usdoj.gov

*Counsel for Plaintiff*
                                             *Counsel for Defendant*