UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, et al.,

Defendants.

Civil Action No. 25-0719 (TSC)

**JOINT STATUS REPORT**

Defendants U.S. Agency For International Development ("USAID") and Secretary Rubio and Plaintiff American Oversight ("Plaintiff") respectfully submit this joint status report, pursuant to the Court's June 1, 2026 Minute Order, to update the Court on the parties' progress in this matter.

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, concerning FOIA requests submitted in February and March 2025.

**Key Terms Communication Request (F-00666-25):** USAID completed a search and identified 18,495 records (not yet deduplicated) within 9 accounts. Due to technical difficulties, USAID has not been able to upload the documents and will consult a third-party vendor for assistance. USAID continues to work on uploading documents. Plaintiff has asked Defendant to provide the names of the custodians once the documents are uploaded. USAID is continuing to identify the custodians. Plaintiff has also asked USAID to upload the records, which have been unable to upload since at least May 2026, by the next JSR.

**White House Communications Request (F-00667-25)**: USAID completed a search and identified 303 potentially responsive pages. USAID completed and processed all 303 pages. This first production was sent to plaintiff on July 27, 2026.

**DOGE Request (F-00718-25)**: Program offices were tasked with searching for records and that process is currently ongoing. Plaintiff has asked USAID to complete these searches, which have been ongoing since at least May 2026, by the next JSR.

**Staffing Request (F-00731-25)**: USAID has received some records thus far and the search for additional records is ongoing. USAID processed and released 314 pages pertaining to this request on August 28, 2026. USAID continues its search for potentially responsive records.

**Contract Cancellations Request (F-00732-25)**: USAID completed a search and identified 2,648 potentially responsive pages. USAID's third production concerns this request: USAID sent an excel spreadsheet (equivalent of 890 pages if converted to a PDF) to Plaintiff on September 28, 2026.

USAID will continue to make rolling productions of at least 250 pages towards the end of each month. Plaintiff has communicated to USAID it believes the processing rate to be below the expected processing rate in this district by half. Defendant responded to Plaintiff it can only process 250-300 pages a month based on current staffing resources and other requests. American Oversight has asked USAID to agree to produce at minimum 300 pages per month.

The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index.

Accordingly, the Defendant respectfully proposes that they file their next joint status report on or before November 27, 2026, and every sixty days thereafter pursuant to the Court's June 1,

2026 Minute Order. Plaintiff respectfully proposes the next joint status report be filed on or before October 28, 2026.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah W. Lindsey*
ZACHARIAH W. LINDSEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Counsel for Defendant*